I am amending the first 4 pages to my civil action against the defendants as named due to the extensive list of names that cannot be addressed individually as they fall under the authority of courts, state agencies & state government that are the Executive and Administrative Bodies, Executive and Professional Associations, Executive and Supervisory Committees and or Boards, and other Executive Branches and Investigative Agencies.

Under Rule 4 – Summons; part b – on Issuance – every defendant must have a copy of the entire complaint attached to each summons and because effective service is needed in a timely fashion I would humbly ask that "the cost-saving practices" be honored in my case and to allow the new and revised list to suffice in reaching all of those who have been involved in some form or fashion at some time or another.

This list is better suited for this claim; there has been some form of involvement, decisions made, request for assistance ignored, information shared, fraudulent information created, egregious acts of crimes of moral turpitude (concealed/dismissed) – which of course led to crimes committed against me and my children. On page 4 "John Price" should have been John P. Rivers – a court appointed attorney by the Juvenile Court of Glynn County. The motivation of passing my case around to these court appointed attorneys was a tool to "say" that they "gave" me legal representation, however, one of the attorney's admitted to me that the Juvenile Court Judge for Glynn County would not allow any justice for me or my children to be effectuated under his jurisdiction. I was forced into representing myself continually and then denied the option to represent myself at varying times – whenever it was convenient to the Juvenile Court to do with me and my children as they wished. I would like to re-iterate the fact that my children were told as of March 2010, consistently & YTD that they were never going to be allowed to return into my custody and that whatever it took – my rights would be terminated. This leads me into something that is very important – although there are a myriad of circumstances within this case that are ever so important; December of 2011 – I was told by a Glynn County DFCS worker that my rights were going to be terminated no matter what, although I had completed multiple case plans – "nothing you do will get your kids back – the Department and the courts have made their decisions..." In April of 2012 I was forced to represent myself in an unexpected court hearing – where I was laughed at and mocked – as usual – and I repeatedly asked Judge Rountree – "Judge – why haven't my children been returned to me..." Technically my children could have been returned in December of 2010 but definitely by April 1, 2011... Judge Rountree ignored me several times over and then finally responded with: "It doesn't matter who's right and who's wrong..." This was his response as to why my children were not returned. My parental rights have already been taken since 2010 – illegally ... The Macon Telegraph has put out a report (May 6, 2013) that 152 deaths were reported in 2012 – all of who had GA DFCS involvement. This leads me to mention a very dear soul – a devout and strong Republican Georgia State Senator by the name of Nancy Schaefer – she had a few other senators that were backing her in new bills that she presented to the state of Georgia and to Congress referencing these very issues. I understand that what I am doing – that is – standing up for my rights, my children's rights, and against corrupt and seemingly mafia styled organization, on how that may potentially affect me – in the worst of ways. I pray not. What we have suffered is judicial and systematic malice.

I am humbly asking the US District Court of the Southern District – Glynn County – to take into account the conduct of everyone who has been involved and to consider the elements of what crimes "use to be" by way of race, religion, sexual orientation, social class and the like... There has been a wreck less disregard for the truth referencing the abuses that my family and I have suffered. We have suffered oppressive and unreasonable treatment and have been stripped of one of the unalienable rights – to be a family and pursue happiness. There has been a grand scale in a refusal to allow relief and a disregard for the Georgia State Constitutional foundation from its preamble to Article 1 Bill of Rights – Section 1 – paragraph I-VII – IX, XI, XII, XIII, XIV, XVI, XVII, XVIII, XXII, XXIII, XXVIII.

I have remedied all personal deficiencies with regard to my children. I am asking for additional relief (and for my children) to not be harassed by way of arbitrary unfailing persecution that demands immediate federal court order intervention.

*Sallie Robinson*

\* get these certified

Mary L. Skelton - Brunswick Judicial Circuit Division of Child Support Services
Mrs. Massen
100 West Palm Drive
Brunswick, GA 31523-7156

Joyce Campbell -- Administrative Asst. Physician Liaison
426 E.G. Miles Pkwy
Hinesville, GA 31313

Cheryl Hughes
Paula Foerstel
Highway 196 E
Hinesville, GA 31310

Judge George Rountree -- Glynn County Juvenile Court
Clerk of the Court -- Donita Taylor
Chief Deputy Clerk -- Susan Ponsell
Citizens Panel Review -Jill Caldwell
11 Judicial Lane
Suite 150
Brunswick, GA 31520

Linda Tye
Carrie Greenfield
1615 Reynolds St.
Brunswick, GA 31520

Leslie Hartman
Jeanie Roberts
2215 Gloucester Street,
Brunswick, GA 31521

Mary Hogan
1316 Newcastle St.
Brunswick, GA 31520

Carrie Murray Nellis & Gil Nellis
301 Sea Island Road, Suite B St.
Simons Island, GA 31522

Ernest Gilbert
1801 Gloucester St Ste E
Brunswick, GA 31520

John P. Rivers
809 G Street
Brunswick, GA 31521

Frances Dyal
1612 Union St.
Brunswick, GA 31520

Alex Atwood
1515 Newcastle St.
Brunswick, GA 31520

Audrey Chapman
1618 Union Street
Brunswick, GA 31520

Regional Director -- Vicki Riggins/Glynn County DFCS
SAAG -- Jim Chamberlin
Amanda Chapman -- Regional Field Program Specialist
4420 Altama Avenue Suite 9
Brunswick, GA 31521

Greg McConnell
CSE/Dawn O'Neal DeLoach,
945 E.G. Miles Parkway
Hinesville, GA 31313

Martin Rowe
61 Forsyth St. Ste. 5T18
Atlanta, GA 30303

Commissioner Clyde L. Reese
2 Peachtree St. NW Ste. 29-250
Atlanta, GA 30303

Roosevelt Freeman
61 Forsyth St. NW
Atlanta, GA 30303 – 8909

Jay Osteen
Tammy Kersey
100 Fraser St.
Hinesville, GA 31313

Norris Smith
Peggy Sorrells
111 State Capitol
Atlanta, GA 30334

Frank W. Berry, Commissioner
Two Peachtree Street, NW, 24th floor
Atlanta, GA 30303-3142

Bobby D. Cagle
2 Martin Luther King, Jr. Drive, SE
Suite 754 East Tower
Atlanta, Georgia 30334

Katie Jo Ballard
55 Park Place, NE
Suite 410
Atlanta, Georgia 30303-2529

Dahlia Bell Brown
55 Park Place, NE
Suite 410
Atlanta, Georgia 30303-2529

Mike Beatty
60 Executive Park South, NE
Atlanta, Georgia 30329-2231

David Cook
2 Peachtree Street, NW Suite 40th Floor
Atlanta, Georgia 30303-3159

LaSharn Hughes
2 Peachtree Street, NW, 36th floor
Atlanta, GA 30303-3465

Frank A. Bonati
Gateway Town Center
700 Coastal Village Drive
Brunswick, Georgia 31520

Chuck Pittman
270 Washington St. SW 8101
Atlanta, GA 30334

Jeffrey Arnold
Misty Reneau
128 S. Main St.
Hinesville, GA 31313

Torrence Slaughter
117 N. Park Drive
Brunswick, GA 31520

MGA, Inc.
1518 Airport Rd.
Hinesville, GA 31313

Joseph's Home For Boys
3400 Cypress Lake Road
Statesboro, GA 30458

Bulloch County DFCS
41 Pulaski Road
Statesboro, Georgia 30459-1103

Irene McCall
1113 E. Oglethorpe Hwy., #25
Hinesville, GA, 31313

Liberty County DFCS
112 West Oglethorpe HWY
Hinesville, GA 31310

Camden County DFCS
721 Charles Gilman Jr. Avenue
Kingsland, Georgia 31548-0068

Camden County CASA
696 E William Ave.
Kingsland, GA 31548