# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SCELIA ROBINSON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:13-cv-66 |
| | * | |
| v. | * | |
| | * | |
| THE STATE OF GEORGIA; AMITY | * | |
| HOUSE; JEFFREY ARNOLD; MISTY | * | |
| REANNA, P.A.; GLYNN COUNTY | * | |
| JUVENILE COURT; TRI-COUNTY | * | |
| PROTECTIVE SERVICE DIRECTOR; | * | |
| INSPECTOR GENERAL OF GEORGIA; | * | |
| SECRETARY OF STATE OF GEORGIA; | * | |
| CARENET OF BRUNSWICK, GEORGIA; | * | |
| SHERRY JENKINS TUCKER, Consumer | * | |
| M.H. Network of Georgia; JACK | * | |
| KINGSTON; JASON NUNEZ; GEORGIA | * | |
| COALITION FOR DOMESTIC ABUSE; | * | |
| ANN D. POPE, DHR/DHS; B.J. WALKER, | * | |
| Previous DHS Commissioner; DEB | * | |
| FARRELL, DHS; AYONNA JOHNSON, | * | |
| Women's Resource to End Domestic | * | |
| Violence; LIBERTY COUNTY CHILD | * | |
| SUPPORT; LIBERTY COUNTY DISTRICT | * | |
| ATTORNEY'S OFFICE; JOHN BASSETT, | * | |
| Housing Trust Fund for the Homeless; | * | |
| DEPARTMENT OF COMMUNITY | * | |
| AFFAIRS; NAMI, GEORGIA; SAMHSA, | * | |
| GEORGIA; MENTAL HEALTH AMERICA | * | |
| FOR GEORGIA; JEANNETTE BACON, | * | |
| Dept. Of Community Health, Georgia; | * | |
| CHATHAM COUNTY DFCS; LIBERTY | * | |
| COUNTY DFCS; STATESBORO COUNTY | * | |
| DFCS; CAMDEN COUNTY DFCS; | * | |
| SERENITY HOUSE LIBERTY; PATRICIA | * | |
| HOLLOWAY; ROOSEVELT FREEMAN; | * | |
| GEORGIA OFFICE FOR STATE | * | |
| ADMINISTRATION HEARINGS; FAMILY | * | |
| VIOLENCE UNIT, DHS; LEIGH GUY, | * | |

Gateway BHS; DR. BONETTI, Gateway BHS; CANDY GRAHAM, Gateway BHS; SHEILA FORD, Gateway BHS; CEPEDA MOORE, Gateway BHS; DR. CHERYL MCKENZIE; MARY KING; BARBARA MEYERS; GATEWAY, Transitional Child Care Staff; AMY LNUN, Counselor; JUDY LNUN, Counselor; PAM LNUN; CHERELLE LNUN; KELLI LNUN; LEIGH MELTON; GREG GIHDAN, Glynn County Head Social Worker; SLOANE MALLOY, Counselor, Glynn Middle School; AUDREY CHAPMAN, Attorney, Glynn County; JOHN PRICE, Attorney, Glynn County; FRANCES DYAL, Attorney, Glynn County; STATE OF GEORGIA ACCOUNTING OFFICE; KIDSNET OF GLYNN COUNTY; CAGLE, Lt. Governor; SUSAN GOODMAN; CHERYL HUGHES; PAULA FOERSTEL; MELINDA GRAHAM; IRENE MCCALL; DAWN O'NEAL DELOACH; GREG MCCONNELL; MRS. MASSEN; TORRENCE SLAUGHTER; KATIE JO BALLARD; DAHLIA BELL BROWN; BULLOCH COUNTY DFCS; and YVONNE DAVENPORT,

Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 148. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, the Court **DISMISSES** all claims against all remaining Defendants and **DISMISSES** as moot all pending motions. The Clerk of Court is **DIRECTED** to enter the appropriate judgment

of dismissal and to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this ____ day of __March__, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA